Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
## for the
## Central District of California

_____ Division

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 1 2023
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Courtney Green

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The Walt Disney company

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

LA CV 23 No.- 10445-GW (PDx)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Courtney green |
| Street Address | Po box 22444 |
| City and County | Kansas city, Jackson |
| State and Zip Code | Missouri 64113 |
| Telephone Number | (81)286-9299 |
| E-mail Address | green7126@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | The Walt Disney company |
| Job or Title *(if known)* | |
| Street Address | 500 South Buena Vista Street |
| City and County | Burbank, Los angeles |
| State and Zip Code | Califirnia, 91521 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* **Courtney Green**, is a citizen of the State of *(name)* **Missouri**.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* **The Walt disney Comapny**, is incorporated under the laws of the State of *(name)* **California**, and has its principal place of business in the State of *(name)* **California**. Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

> The intrusion of my personal privacy has taken place consecutively to my knowledge for the past 3 years and counting. Even after countless attempts to alert The Walt Disney company, it's counterparts and associates; This issue has still not been address and/or resolved. Disney as a whole including 21century fox has shown they have knowledge of occurrences and continue to exploit, ignore and operate without

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* _____, at *(place)* private dwelling place _____,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
In early 2020 I began noticing that the non consensual viewing of my person was occurring through means of spyware and television capabilities. This surveillance and data was then being used to exploit, defame and study my personal and daily habits. From then on issues began to escalate, even after pursuing legal suits against The Walt Disney company and its counterparts as well as personally submitting complaints to both Disney as well as consumer affairs, This issue was/has never been acknowledged nor resolved. it is now coming to the end of 2023

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Exploitation, non consensual exposure and the studying of my daily habits has affects several aspects of my life including financial stability, shopping, nutrition/health, caused pain and suffering both physical, emotional and mental, manipulated and coerce the direction of my life.

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
I ask that the courts order the defendant to award the plaintiff compensation in the amount of $175,000,000. this amount is do to non consensual surveillance and spyware used and monitor and study my person for ulterior motive while concealing these acts by passing it off as a contractual agreement. Exploiting this footage and findings for financial gain, inspired criteria and theft of intellectual property, portraying my person in a humiliating and negative light, denying claims and accusing me of frivolous allegations. This compensation also accounts for encouraging its mass audience and following to participate in stalking acts to further continue malice and corrupts activity. Exposing financial standings and other private information regarding my person through implementation into media and show criteria. I have also suffered emotional and mental strain and distress by counterparts of the defendant hinting at delusion and being mentally unstable and participating and other profession and business misconduct. Neglecting to address the actions of its employees and counterparts this unresolved matter is now surpassing it's third year. I would also ask that the courts order the defendant The Walt Disney Company to submit a written and signed apology for its actions and further impose stricter consequence against these actions.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/26/2023

Signature of Plaintiff
Printed Name of Plaintiff    Courtney Green

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



TO:
US Courthouse
Clerk's Office
3470 Twelfth Street
Riverside, CA 92501

FROM:
Courtney Green
PO Box 72444
Kansas City, MO 64113